IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
DALLAS WELDON,                  )
                                )
     Plaintiff,                 )
                                )     CIVIL ACTION NO.
     v.                         )       3:16cv131-MHT
                                )           (WO)
ARC CAFEUSA001, LLC,            )
YONG LIN, and JING PAN,         )
                                )
     Defendants.                )
```

JUDGMENT

Pursuant to the notice of dismissal (doc. no. 7), which contains a motion for entry of dismissal order, it is the ORDER, JUDGMENT, and DECREE of the court that the motion is granted and this cause is dismissed in its entirety with prejudice and with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 12th day of April, 2016.

                                         /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**